Roger **LANGE**, d/b/a The Roger Lange Company, Plaintiff/Appellant,

v.

Dr. Kevin **GENTEMANN** and Dr. John Wildeisen, d/b/a Glendale Medical Imaging, Defendant/Respondent.

No. 74651.

Missouri Court of Appeals, Eastern District, Division Two.

May 25, 1999.

William F. Whealen, Jr., Clayton, for appellant.

Bradley J. Washburn, St. Louis, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Plaintiff appeals the judgment entered in favor of Defendant, based upon the trial court's finding that there was insufficient evidence to support piercing the corporate

veil in this breach of contract and quantum meruit action. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).